UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                        Case No. 06-CR- 313 (WCG)

SARA R. LEFEBER,

        Defendant.
_____

**ORDER**
_____

        The defendant, SARA R. LEFEBER, has requested in open court and with the advice of her counsel, to be returned to the Taycheedah Correctional Institution, (the "sending state"), pending the trial in this matter. A hearing has been held on the defendant's request and based upon the statements of the defendant and her counsel at that hearing, the Court hereby finds:

        1.    That the defendant has requested, after consultation with her attorney, to be returned to the Taycheedah Correctional Institution, pending trial in this matter and agrees to be returned to court as necessary in this case;

        2.    That the defendant has been fully advised of her rights under the Interstate Agreement of Detainers (Pub. Law 91-538, 84 Stat. 1397-1403); and

        3.    That after being so advised, the defendant has knowingly and voluntarily waived any and all rights she may have under the Interstate Agreement of Detainers, including her right under Article IV(c) to be tried within 120 days of her arrival in the receiving state and her right to be tried prior to being returned to her original place of imprisonment pursuant to Articles IV(e) and V(e);

4. That the ends of justice served by the defendant's waiver outweigh the public interest in a speedy trial under the circumstances present here.

Accordingly, the Court hereby orders that the defendant be returned to the Taycheedah Correctional Institution, pending further proceedings in this case.

BY THE COURT:

Date: December 15, 2006.   s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
United States District Court Judge