# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 06-CR-313

SARA R. LEFEBER,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO REDUCE SENTENCE**

Sara Lefeber was sentenced by this court to a term of twenty-four months of imprisonment for conspiracy to distribute 50 grams or more of crack cocaine. She has filed a motion pursuant to 18 U.S.C. § 3582(c), seeking reduction of her twenty-four month sentence to seventeen months based upon the retroactive amendment to the United States Sentencing Guidelines for offenses involving crack cocaine. The Government does not oppose her motion and in fact agrees that her sentence should be reduced to reflect the recent changes in the law.

Based upon the foregoing, the defendant's motion is granted and the clerk is directed to enter an Amended Judgment reducing her sentence to sixteen months in the custody of the Bureau of Prisons. All other provision of the Judgment previously entered shall remain in full force and effect.

**SO ORDERED** this   26th   day of March, 2008.

                                                                              s/ William C. Griesbach
                                                                              William C. Griesbach
                                                                              United States District Judge